IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES A. WILLSEY, individually and
as the Special Administrator of the Estate of
CYNTHIA K. WILLSEY, Deceased                                                    PLAINTIFF

V.                                    NO.  12-2320

SHELTER MUTUAL INSURANCE COMPANY                                   DEFENDANT

O R D E R

PLAINTIFF has filed a Motion to Compel (*See ECF No. 26*) on June 17, 2013 and the matter has been referred to the undersigned for disposition.

The Parties are hereby directed to confer in an attempt to settle the above discover dispute and, in the event the matter is still unresolved, the party against whom discovery is sought is hereby ordered to filed a Response within seven days setting forth each specific request objected to and the reasons for the objection. The parties are directed to contact Ms. Debbie Maddox within 10 days at 479-783-7045 for the purpose of setting a hearing to resolve the discovery dispute.

IT IS SO ORDERED this June 20, 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE