```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION


CHARLES A. WILLSEY, Individually and
as the Special Administrator of the
Estate of CYNTHIA K. WILLSEY, Deceased              PLAINTIFF


     V.              CIVIL NO. 12-2320


SHELTER MUTUAL INSURANCE COMPANY                    DEFENDANT
```

## ORDER

Now on this 2nd day of December, 2013, there comes on for consideration the report and recommendation filed herein on November 12, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 90). Also before the Court are Defendant's objections. (Doc. 110).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Allow Evidentiary Deposition of Dr. James Wedner and Shorten the Time for Filing a Response to the Motion (doc. 84) is DENIED.

IT IS SO ORDERED this 2nd day of December 2013.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```