```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION


CHARLES A. WILLSEY, Individually and
as the Special Administrator of the
Estate of CYNTHIA K. WILLSEY, Deceased                PLAINTIFF


        V.                  CIVIL NO. 12-2320


SHELTER MUTUAL INSURANCE COMPANY                      DEFENDANT
```

## JUDGMENT

On the 11th day of December, 2013, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding.  The trial continued until December 16, 2013, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as follows:

INTERROGATORY NO. 1:

ON PLAINTIFF'S CLAIM THAT SHELTER WAS GUILTY OF BAD FAITH IN AN ATTEMPT TO AVOID LIABILITY UNDER ITS POLICY ISSUED TO PLAINTIFF AS SUBMITTED IN INSTRUCTION NO. 11, WE THE JURY FIND IN FAVOR OF:

PLAINTIFF  _____

DEFENDANT  ___X___

Based upon the answer to Interrogatory No. 1, the jury was instructed to disregard the remaining interrogatories.

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatory and jury verdict, that Plaintiff take nothing on his complaint filed herein and the matter is DISMISSED WITH

PREJUDICE.  All parties are to bear their respective costs and attorney's fees.

Dated this 17th day of December 2013.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge
